AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JAMES DOUGLAS RAHM III<br><br>_____<br>*Defendant* | )<br>)<br>)  Case: 1:21-mj-00313<br>)  Assigned To : Meriweather, Robin M.<br>)  Assign. Date : 3/16/2021<br>)  Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____JAMES DOUGLAS RAHM III_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/16/2021                              _____/s/ Meriweather_____
                                                               *Issuing officer's signature*

City and state: _____Washington, D.C._____       Robin M. Meriweather, U.S. Magistrate Judge
                                                                               *Printed name and title*

---

### Return

This warrant was received on *(date)* 3/16/21, and the person was arrested on *(date)* 3/18/21
at *(city and state)* Northfield, NJ.

Date: 3/18/21                                        _____
                                                                 *Arresting officer's signature*

                                                                 Patrick Muteteke
                                                                 *Printed name and title*