# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No. 21-cr-585 (TFH) |
| : | |
| **JAMES DOUGLAS RAHM, III,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Heather Shaner, counsel for James Douglas Rahm, III ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for April 4, 2022 for a period of approximately 60 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an indictment with: Civil Disorder, in violation of Title 18, United States Code, § 231(a)(3); Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 1).

2. The parties remain in discussions regarding a possible resolution of the matter short of trial.

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the parties discuss resolving the matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the April 4, 2022 Status Conference be continued for approximately 60 days, and that there is an exclusion of time under the Speedy Trial Act from April 4, 2022, through the next scheduled Status Conference.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  /s/                                                          /s/
Douglas G. Collyer                                H. Heather Shaner
Assistant United States Attorney        Counsel for James D. Rahm, III
Capitol Riot Detailee                              1702 S Street, NW
NDNY Bar No.: 519096                       Washington, D.C. 20009
14 Durkee Street, Suite 340                (202) 265-8210
Plattsburgh, NY 12901                        hhesq@aol.com
(518) 314-7800
Douglas.Collyer@usdoj.gov