UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA


v.                          21-cr-585 TFH


JAMES DOUGLAS RAHM, lll


CONSENT MOTION TO VACATE AND RESCHEDULE STATUS HEARING

      Counsel for James Rahm, lll, Heather Shaner, moves this Honorable Court to vacate the Status Hearing now set for December 5th, 2022 at 11:00 AM to a date in February 2023. As parties continue to negotiate a resolution of this matter, we request the status/change of plea hearing be re set to February 2023.

      Counsel continues to review the videos and evidence with the defendant. Counsel is in active Plea Negotiations with AUSA Douglas Collyer.

      In consideration of the need for the parties to resolve factual issues and to complete plea negotiations to reach an agreement and thereafter, any defense proposal would require approval from the Department of Justice, the parties request a Continuance of sixty days. Mr. Rahm lll waives Speedy Trial during this period, or until the next Status is

scheduled. We will notify chambers and provide plea documents when the matter is ready for resolution.

        Respectfully submitted,

        _____/s_____
        H. Heather Shaner, Esq. #273276
        Appointed by the Court for
        James Rahm lll
        1702 S Street N.W.
        Washington D.C. 20009
        Tel.  202 265 8210
         hhsesq@aol.com

`