UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITD STATES OF AMERICA

v.                                                                      21-CD-585.   CRC

JAMES D. RAHM III

WAIVER OF IN PERSON APPEARANCE PURSUANT TO FRCP 43

James D. Rahm III, through counsel Heather Shaner, now Notifies the Court in writing that he Waives his right to an In-Person Plea Hearing on October 10, 2023 and by consent of the Government he agrees to appear by Zoom for a video hearing.

**WHEREFORE,** in response to the Minute Order issued August 31, 2023, the defendant now formally notifies the Court in writing of his Waiver of Appearance in Person at the Change of Plea Hearing Scheduled for October 10, 2023 and requests permission to appear by video.

Respectfully submitted,

_____/s/_____
H. Heather Shaner, Esq. #273276
Appointed by the Court for
James Rahm lll
1702 S Street N.W.
Washington D.C. 20009
Tel.  202 265 8210
 hhsesq@aol.com