1

2

3

4      SELECT COMMITTEE TO INVESTIGATE THE

5      JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

6      U.S. HOUSE OF REPRESENTATIVES,

7      WASHINGTON, D.C.

8

9

10

11     INTERVIEW OF:    JAMES RAHM, III

12

13

14

15                                     Friday, March 4, 2022

16

17                                     Washington, D.C.

18

19

20              The interview in the above matter was held via Webex, commencing at 10:04 a.m.

```
 1
 2      Appearances:
 3
 4
 5      For the SELECT COMMITTEE TO INVESTIGATE
 6      THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL:
 7
 8      ██████████████ SENIOR ADMINISTRATIVE ASSISTANT
 9      ██████████████ CHIEF CLERK
10      ████████████ INVESTIGATIVE COUNSEL
11      ████████████ INVESTIGATIVE COUNSEL
12
13
14      For the COMMITTEE ON HOUSE ADMINISTRATION:
15
16      JIM LEVINE, COUNSEL
17
18
19      For JAMES RAHM, III:
20
21      HEATHER SHANER
```

1

2          ████████   Let's go on the record.    It is 10:04 a.m. on March 4th.

3          Good morning.    This is the transcribed interview of James Douglas Rahm, III,

4     conducted by the House Select Committee to Investigate the January 6th Attack on the

5     United States Capitol pursuant to House Resolution 503.

6          At this time, I'd ask the witness to please state your full name and then spell your

7     last name for the record.

8          Mr. <u>Rahm.</u>    James Douglas Rahm, III, R-a-h-m.

9          ████████   Great.

10         This will be a staff-led interview.    Members of the committee may join at some

11    point.    I don't expect that to happen, but it's possible.

12         And then, as I explained before, I'll be asking most of the questions.    ████ might

13    be asking some questions as well.    And if a member joins, it's possible that they would

14    ask a question also.

15         And then, just for the record, speaking is ████████   investigative counsel with

16    the select committee.    We've also got ████████   also an investigative counsel.    And

17    then ████████   is also in the room, and he's a professional staff member with the select

18    committee.

19         We've got a couple of court reporters and other staff members that will be

20    helping us with logistical things throughout the interview.

21         And then also, Ms. Shaner, could I have you state your name for the record,

22    counsel?

23         Ms. <u>Shaner.</u>    Heather Shaner, counsel for James Rahm, III.

24         ████████   Great.

25         And then, James, I understand we will be addressing you as JD, short for James

1    Douglas.

2            As I mentioned, we've got a couple reporters on the line, court reporters.    They'll

3    be taking a transcription of the interview.    So, to make their life a little bit easier, just try

4    to wait until I finish asking a question before you begin your answer, and then I'll do the

5    same thing, wait for you to finish your answer before I start a new question.    It's just

6    very hard for them to record when there's two people talking at the same time.

7            Mr. <u>Rahm.</u>    Of course.

8            ███████████    And then, also kind of relatedly, they can only record verbal

9    responses, so try not to shake your head yes or no.    Use a verbal yes or no.    And then

10   if -- you know, we all make that mistake sometimes, so if I need to, I might prompt you to

11   use a verbal response.

12           Mr. <u>Rahm.</u>    Okay.

13           ███████████    And then today all we're asking of you is to provide complete

14   answers to the best of your recollection.    If a question I ask isn't clear, which happens

15   sometimes, just ask me to rephrase the question or ask for clarification.    Always happy

16   to do that.    And then, if you don't know the answer to a question, just simply say so.

17           Mr. <u>Rahm.</u>    Okay.

18           ███████████    There are a few kind of background or ground rules that we should

19   go over before we get into questions.

20           The first is that it's important that you understand that today is a voluntary

21   interview.    If at any time you want to stop speaking with us, that's your choice.

22           Similarly, if at any point you need to take a break to talk to your counsel in private,

23   just let us know and we can all take a break, turn off our cameras and mikes, and you can

24   talk with Ms. Shaner if you need to.

25           Does that make sense?

1          Mr. Rahm.    Yes.    Thank you.

2          ████████████    Great.

3          While this interview is voluntary and it's not under oath, it's important that you

4    understand that, because this is a formal congressional investigation, you're obligated

5    under Federal law to tell the truth, the same as if you were speaking to FBI or DOJ.

6          So it's unlawful to deliberately provide false information to Congress.    For this

7    interview, providing false information could result in criminal penalties for false

8    statements.

9          Do you understand that?

10          Mr. Rahm.    Okay.    Yes, sir.

11          ████████████    Okay.

12          And then also, you're not obligated to keep the fact of this interview or what we

13    discuss confidential.    You're free to tell whomever you wish that you met with us,

14    including the prosecutor or the judge in your case, or you could tell nobody at all.    That's

15    totally your decision.

16          Mr. Rahm.    Okay.

17          ████████████    And then also, I just want you to understand that the select

18    committee is separate and distinct from the DOJ.    We don't have any involvement in the

19    prosecutions, and the DOJ is not a partner of the select committee in this investigation.

20          Kind of similarly, the select committee is not a party to your criminal case and isn't

21    agreeing to submit anything on your behalf to the judge, nor can we make any

22    representations whether, if you tell the judge that you met us, that the judge will be more

23    favorable to you at the end of your case during sentencing.

24          Mr. Rahm.    Okay.

25          ████████████    Does that make sense?

1          Mr. <u>Rahm.</u>    Yes, sir.

2          █████████    And then lastly, in general we will not be sharing our conversation

3    with the DOJ.    There are a couple possible exceptions to that.    If we felt like you did not

4    tell the truth during the interview, that could potentially trigger an obligation to share

5    some of that information with the DOJ.    Or if you gave us information about a crime that

6    we don't think the DOJ is currently aware of, then that could also trigger a similar

7    obligation.

8          Mr. <u>Rahm.</u>    Understood.

9          █████████    Does that all make sense?    Okay.

10          Mr. <u>Rahm.</u>    Yes.

11          █████████    Great.    And then also, just let us know throughout the interview if

12    you need a break at any point to use the bathroom, get some water, or just need a

13    minute or two, and I'm happy to take a break at any point.

14          Mr. <u>Rahm.</u>    Thank you.

15          █████████    Great.

16          And then also, as I explained earlier, I'll be asking most of the questions, but █████

17    or some others -- other folks might jump in at different points and ask some follow-up

18    questions as well.

19          Mr. <u>Rahm.</u>    Okay.

20                              EXAMINATION

21                    BY █████████

22          Q    Great.    Then with that, I think we can start.    And I just want to start with a

23    little bit of background information about you.

24          If you could just tell me how old you are and where you're from.

25          A    Twenty-seven, and I live in Atlantic City, New Jersey.

1       Q      Okay.    And did you grow up there?

2       A      No.     I grew up in Philadelphia.

3       Q      Okay.    How long have you been in Atlantic City?

4       A      Since about 2006 -- or 2005, I believe.

5       Q      Okay.    And before that were you in Philadelphia?

6       A      Yeah, south Philadelphia.

7       Q      Okay.    And who -- what's your living situation now?    Who do you live

8    with?

9       A      I was working and living in Philadelphia, but ever since COVID I've been living

10   back with my mother in Atlantic City.

11      Q      Okay.    And then can you give us a quick run-through of your educational

12   background?

13      A      Yes.    I've gone to Catholic school my whole life, including university, Holy

14   Spirit High School in Absecon, New Jersey, and then La Salle University in Philadelphia.

15   And I graduated with a bachelor degree in business administration.

16      Q      Okay.    And when was that that you graduated?

17      A      In 2017.

18      Q      And then I know you said that you are living with your mother.

19      A      Yes.

20      Q      Do your mother and father live together?

21      A      No, they do not.    My father lives in Philadelphia.

22      Q      Okay.    And are they divorced?

23      A      Yes.

24      Q      Okay.    And then, sorry, you might have mentioned this, but what do you do

25   now for a living?

1      A      Currently, I'm a DJ.    That's like my main thing.    And then I also do like the

2   various like delivery services.    I just started doing those actually, like it's like Grubhub

3   and Shipt and those kind of things.

4      Q      Okay.

5      A      I was doing construction full time in Philadelphia up until COVID kind of shut

6   down the city.    And then our company never survived COVID actually.    So that's why

7   I'm back in Atlantic City now.

8      Q      Let's move to kind of discussing the period just before the general election in

9   2020 and kind of time before that.    I just want to understand generally your level of

10  political activity kind of heading into the general election.

11     A      I'm not very political at all.    I do follow some things.    But for me, I was

12  more interested in, you know, just the craziness of it all, where, like, where you would

13  see, you know, stuff in the streets.

14         I just -- you know, that's kind of the extent of my political stuff, is just watching

15  videos online and -- you know, I'm not very political as far as, you know, considering

16  myself Democrat or Republican.    I don't really like to just fall into one side, because I

17  agree with things, you know, on all sides.

18         So as far as like politics go, I'm not very heavily involved.    I wish I knew more

19  than I did actually.

20     Q      Okay.    Leading -- so during the 2020 election, would you say that you were

21  a supporter of President Trump?

22     A      I'd say to make my parents happy.    But, again, I didn't know enough to

23  really, you know, make my own decision, I guess.    But, yeah, just because my parents

24  were, you know, I played with, you know, with that side of it a little, but I wouldn't

25  consider myself like a Trump supporter.

1          Q     Had you ever attended any Trump rallies during the election?

2          A     No.    That was my first, the, I guess, if you want to call it a rally, on the day

3    of the 6th.

4          Q     Okay.    Let's talk a little bit about kind of where you got your political and

5    news information around that time, so the 2020 timeframe.

6          Did you watch news on television?

7          A     I'd flick through the channels just to see the headlines.    But at a certain

8    point we didn't have cable anymore.    I don't really remember exactly when that point

9    was.    So most of my information all came from like YouTube channels.    And I would

10    watch like, you know, the same channels that, you know, are on cable, have their own

11    YouTube channels.    So, you know, that's where the majority of my news, like, headlines

12    would come from.

13          Q     Which -- were there particular networks that you favored over others?

14          A     I think just like ABC, NBC, whatever -- honestly, whatever would pop up on

15    my feed that would give me headlines.    I wasn't like actually like searching up a specific

16    news organization.    I'd watch, you know -- sometimes I'd watch different, you know,

17    YouTubers if they popped up on my feed.    But for the most part it was just like those

18    little clips that the media organizations upload to YouTube.

19          Q     Okay.    And most of the ones that -- oh, sorry, go ahead.

20          A     Oh, I was just going to say, I wasn't very -- you know, it was just like maybe,

21    you know, if I saw it here and there, I'd click on it.    It wasn't like every day I was like,

22    "Oh, what's going on today?    What's going on today?"    It was just kind of like whatever

23    would pop up in my feed I would see the headlines.

24          Q     The networks that you mentioned, you know, ABC, NBC are sort of the

25    primary couple, two or three networks.    Did you ever look at YouTube news sources of,

1 so, for example, like InfoWars or Newsmax, some of the nonprimary networks?

2  A I've seen them, yes. I don't think I was, you know, watching them too

3 often. I do remember seeing them pop up here and there on my feed, you know. Not

4 so much InfoWars. Maybe years ago.

5  And what was the other one you said?

6  Q Newsmax.

7  A Newsmax? I may have seen -- I'm not extremely familiar with them, but I

8 may have seen them pop up on my feed as well.

9   ██████████ Go for it, ████████

10   BY ████████████

11  Q What about OAN?

12  A OAN?

13  Q Yeah. One America Network, I believe, is the --

14  A I'm not very familiar with them either.

15  Q That's fine.

16  And ██████ might have been about to ask this. So is it fair to say then that you

17 weren't searching for news, you were trusting the algorithm in sort of what popped up?

18  A Yeah. I mean, if there was a specific topic I was more interested in on a,

19 you know, on any given day, maybe I would go search up some more, maybe like on

20 Google or something.

21  But, yeah, I wasn't doing that much. I was just casually watching the headlines, I

22 guess you could say.

23  Q And do you have a sense of like how long you would spend watching the

24 headlines or whatever per day?

25  A I mean, a few minutes maybe. I mean, yeah, it didn't really interest me all

1    too much.

2         Q    Got it.    Thank you.

3         A    Yep.

4              BY ██████████

5         Q    How about any print publications, printed news, did you read any of your

6    news?

7         A    No, sir.

8         Q    Okay.    And then how about using social media to kind of obtain news?

9    Like did you use Facebook or anything like that?

10        A    No, I'm not very big on Facebook.    I only use Facebook as far as like my DJ

11   career to connect with people.

12             But other than that, the only news I would ever see was on Snapchat, how they

13   have like the Discover page and like different -- and then, again, it's the major, you know,

14   media organizations putting out their stories.

15             So a lot of it was just the same exact thing you'd see on the YouTube videos just,

16   you know, transformed into Snapchat.

17        Q    I have sort of a laundry list of some social media applications, and I'm just

18   going to run through it quickly with you, and if you tell me if you used the app and then

19   particularly if you used it for news purposes at all.

20        A    Okay.

21        Q    I think, I know you mentioned, and I know you've used Snapchat, right?

22        A    Yeah.

23        Q    Okay.    Did you, when you used Snapchat, did you ever post political

24   content on Snapchat?

25        A    I don't think I ever have.    I mean, maybe a meme or something that I

1    thought was funny.    But I can't even -- I can't remember me posting anything political.

2           Q    Okay.    I know you said Facebook mostly just for your DJ'ing.

3           How about Reddit, did you use Reddit?

4           A    I maybe -- I've never used like Reddit the app.    I've come across Reddit

5    when I've been googling certain questions not related to politics where a Reddit thread

6    would pop up, but that was the extent of my Reddit use.

7           Q    How about TikTok?

8           A    No, I've never -- I've never had TikTok.

9           Q    Okay.    What about Twitter?

10         A    I have Twitter, but I've -- I never really use it.

11         Q    Let's see.    You said YouTube was sort of your primary viewing source?

12         A    Probably, yeah.

13         Q    Do you post content on YouTube?

14         A    I have posted stuff related to my DJ career and whatnot, and I think maybe a

15    snowboarding video.    But that would be all that I've posted.

16         Q    How about -- so following specific individuals.    Was there anybody that you

17    followed that was kind of politically tied or motivated that you followed on any social

18    media apps that we just discussed?

19         A    Not that I can think of, honestly.

20         Q    How about President Trump, did you follow President Trump on any social

21    media?

22         A    I honestly don't know.    I don't think so, but I don't know.    I would say

23    maybe I've seen his posts on Twitter back like years ago, like when I actually did like

24    sometimes open it.    But I haven't opened it in so long that I don't even know.

25         But I don't think I was even following him.    I think I maybe have just seen, you

1    know -- or maybe I've just seen it just from all the internet stuff that you see from his

2    tweets, and I'm just like misremembering.    But as far as like following, I don't really think

3    so.

4           Q      Okay.    Do you remember seeing any of President Trump's Twitter activity

5    around the election or the time after, November, December, January?

6           A      Not really, no.    I mean, like I said, maybe some of the things, you know,

7    that it would be pulled from Twitter and put into some type of media, but not the actual

8    Twitter feed itself.

9           Q      Okay.    I want to ask some of your feelings about the general election.

10   And just to preface these questions, really we're just interested in kind of understanding

11   your mindset leading into January 6th, not meaning to kind of cast any disparagement on

12   any particular views, just kind of want to understand what you thought of the general

13   election.

14          So did you, after the general election in early November 2020, did you think that

15   the election had been stolen from President Trump?

16          A      No.    I mean, I saw a bunch of things that, you know, people were trying to

17   point at.    And, you know, I did look into some things and try to see if anything was valid.

18   But I just didn't find any -- anything concrete with the little bit of stuff that I did see.

19          So, yeah, there was nothing that led me to the immediate conclusion:    Okay, this

20   election was stolen.

21          Q      Did you participate in any political activities or any other sorts of rallies after

22   the general election?

23          A      No.    I think January 6th was the only political event or rally that I've ever

24   been to in my life, as far as I can remember.

25          Q      All right.    Any other kind of just general feelings about the election or

1   thoughts that you had at that time that you recall?

2          A      Not that I can recall.    I mean, of course, you couldn't get away from the

3   news, but I wasn't trying to pay attention too deliberately to it all.

4          Q      Okay.    And did you vote in the election?

5          A      Yes, I did.

6          Q      Okay.    And do you mind saying who you voted for?

7          A      Yeah.    I did vote for Trump.    But, again, like I said about my parents, I

8   really just did it to kind of make them happy.

9          Q      Okay.    I think ████ has a couple questions for you.

10         A      Okay.

11                BY ████████

12         Q      Yeah, just in terms of your thoughts on whether the election was stolen.

13                What kind of research did you do?

14         A      Honestly, I did such little stuff that I don't even really remember.    I think

15   maybe I've -- you know, if I saw something, I'd try to go to like some type of fact-checking

16   site or something like that just to kind of get some validation to see if that

17   person -- because maybe I was having like a discussion with somebody, and I thought that

18   it was a little crazy what they were saying.

19                I don't really remember the specifics, but I do remember there was a couple

20   instances where I was like, "All right, let me look into this a little bit," and then didn't

21   really find much.

22         Q      Do you have a sense of how long it took you to debunk some of those

23   statements?

24         A      I mean, I'd say I only probably looked into things maybe a few minutes at a

25   time.    So I didn't really dive too deep.    But it didn't lead me to want to look further, if

1    that makes any sense.

2         Q    No, it does.    So a few minutes was enough then for you to be able to have

3    the conversation with whoever you were having the conversation with?

4         A    Yeah.    And I don't even think I continued that conversation after that.    I

5    think it was just something that I heard from somebody in a conversation, and then later,

6    you know, I kind of looked up on it and then didn't really have any interest to look any

7    further.

8         Q    Understood.    Were these friends, family, both?

9         A    I think it was a friend, yeah.    I'm remembering a specific conversation, and

10   I'm not remembering exactly who it was.

11        Q    That's okay.

12        A    But, yeah.

13        Q    And so you're remembering one specific conversation, but I think you

14   mentioned a couple of times.

15        How often -- do you remember how many times you went and did this sort of

16   fact-checking?

17        A    I'd say only like two or three maybe.

18        Q    Okay.    Thank you.

19             BY ███████████

20        Q    Let's talk about the decision to go to D.C. for the 6th.

21        A    Sure.

22        Q    When did you start considering that trip?

23        A    Well, it was my father's trip that he was going on, and he was going by

24   himself.    And he told me probably on like the 3rd or the 4th that he was thinking about

25   going.    And at that point it wasn't even really definite for him.    And I told him, "I'm not

1    really interested."

2           And then I think it was maybe later on the 4th or earlier on the 5th, he said he like

3    made this spur-of-the-moment decision to get a room and to go.

4           And, you know, I really -- I wasn't comfortable with letting him just go all by

5    himself.    I kind of started to feel bad because he was like looking for, you know, a

6    companion to go with him, his son.    And I just decided to go with him because I didn't

7    want to see him go alone.

8           One of the other big motivations for me was I had just purchased a GoPro camera.

9    Have you ever heard of that?

10          Q     Yeah, I have.

11          A     And after seeing like some of the stuff, like protests and stuff on like

12   different YouTube videos, you know, kind of like how there would be like different

13   counterprotesting clashes, I thought that that was kind of a possibility, and I thought it

14   would be my chance to get, you know, a viral video with my GoPro.

15          So not wanting my father to go alone, and then wanting to, you know, record

16   some action, was my kind of main motivation for going to D.C.

17          Q     Okay.    Can you describe for me sort of your dad's political activity to the

18   extent you're aware of it?    Was he more active than you were?

19          A     Definitely more active.    I think he's definitely influenced a little easily,

20   whereas me, like I need to kind of look into things a little bit more.

21          So, yeah, I mean, he's definitely -- he's not like crazy involved, but he definitely like

22   has his strong views.

23          Q     Do you know if he had attended any other rallies or -- either in the

24   post-election period or before, like a Trump rally?

25          A     Not to my knowledge.    I can't remember if he's ever attended anything.

1      Q    Okay.    What was -- as your dad was kind of describing his desire to go down

2    to D.C. on the 4th and the 5th, what was he telling you about the rallies?    What was his

3    interest?

4      A    He just was -- I think he was more interested in just like the amount of

5    people that were going to be there and just thinking like he -- like I could feel like it was a

6    FOMO kind of thing, like he didn't want to miss out on it.

7      That was my -- he didn't say that, but that was kind of my feeling, because it was

8    such just like an, "All right, I'm going to book a room and go."

9      Yeah, that's as much as I know of like his actual like motivations.    Obviously, he's

10    a -- he is a big Trump supporter, so he wanted to go support Donald Trump.    But that

11    was the extent of, as far as I know, his desires for wanting to go.

12      Q    Okay.    You said he was a big Trump supporter.    Were there any politicians

13    that he particularly disliked that you heard him talking about?

14      A    Not that I can remember by name.    I mean, you know, he's had comments

15    here and there.    I don't really remember the specifics though.

16      Q    Okay.

17      A    Like I said, if I knew politics a little bit more, I might be able to remember

18    certain names, but I don't know as much as I probably should.

19      Q    How about Vice President Pence, did you ever hear him talk about him?

20      A    Not that I can remember, no.

21      Q    So it was, you think, later on the 4th or the 5th that he ended up booking a

22    hotel and making the final decision to go down to D.C.?

23      A    Yeah, I think it was probably like early -- earlier on the 5th that I finally made

24    like the decision to go.

25      Q    Okay.

1　██████　████　do you have a question?

2　██████　Yes.　Sorry, I'm having computer problems.　Can you all hear me?

3　██████　We can hear you.

4　Mr. Rahm.　Yes.

5　BY ████████

6　Q　Sorry, my internet cut out and my computer had some problems.　So I

7　apologize if you already answered these questions, JD.

8　But I'm interested in sort of your sense of trying to get a viral video.　Did you talk

9　to other people who do videos or content about going to January 6th?

10　A　No, I didn't really talk to -- I don't really know anybody personally that

11　creates content really like that.

12　Q　Did you get a sense from online that this was a hot topic for content

13　creators -- or, sorry, a hot day for content creators?

14　A　No.　I was kind of just basing it off of what I've seen in the past.　Like

15　whenever there's been kind of like a Trump rally or Trump supporters, sometimes you see

16　like that counterprotest.　And I was kind of just fascinated by like the whole dynamics of

17　all of that.　So I thought that would be kind of like my moment of the day to kind of

18　catch a viral video if I was going to.

19　Q　Understood.

20　A　And just like the amount of people that I heard were going to D.C., I thought

21　that alone could be a cool thing to video because I never really heard of like that many

22　people going to D.C. at once.

23　So I thought that would be kind of -- if there wasn't going to be any crazy

24　counterprotesting that I can record, I thought it would be just, you know, the mass

25　numbers of people that would at least be worth recording, which I did record throughout

1    the day.

2         Q    Understood.    Thank you.    And I apologize again if you already answered

3    that question, so thank you.

4         A    No worries.

5         ███████████    Were there any particular counterprotesters or types of

6    counterprotesters that you were interested in or did research on before you went to

7    D.C.?

8         Mr. Rahm.    I mean, the only group I've ever really heard of was antifa.    But I

9    wasn't expecting them to show up necessarily.    I just thought it could be any type of

10   counterprotesters.

11        ███████████    Okay.    And then did you do any kind of research ahead of time or

12   were there people or accounts that you followed through social media that were giving

13   you information about what was going to happen on the 6th?

14        Mr. Rahm.    No, not really.    I really knew -- I honestly didn't even really

15   understand fully like politically what that day was until, you know, days after.

16        But, yeah, I didn't really know much except that there was a Trump rally and a

17   crazy amount of people were showing up.    That was, you know, as far as like leading up

18   to those days, that was really all I knew.

19        BY ████████████

20        Q    Did you have a sense of any -- so you knew there would be a lot of people

21   showing up.    In terms of your thought that there might be counterprotesters, did you

22   have any sense of who the Trump supporters would be or what they would look like

23   when you're filming them?

24        A    Can you say that again?    Did I have a sense of what Trump supporters

25   would look like?    Is that what you said?

1       Q    Yes.   I'm trying to get a sense, you were interested in the Trump

2   supporters, counterprotesters, and it seems like you have -- you had some at least sense

3   of like what antifa was.    Did you have any thoughts of what the filming the Trump

4   protesters would look like?

5       A    I mean, obviously some red hats and, you know, flags and whatnot.

6       But from what I've seen, it looked like mainly just normal dressed people in the

7   videos besides, you know, the red hats and whatnot in like previous videos that I've seen

8   with these kind of clashes.    And then you would see, you know, the counterprotesters

9   would usually dress in like all black, so you could tell the difference between the two.

10       So that was kind of, if I expected to see like a big clash, I expected to see, you

11   know, normal dressed people with flags, you know, Trump hats here and there, and then,

12   you know, whether it be all-black dressed individuals or not.   That's kind of what I was

13   expecting.

14       Q    Did you ever see in previous videos people dressed in military fatigues

15   clashing with antifa?

16       A    I want to say maybe, maybe I have, yeah.

17       Q    Camouflage or other sort of tactical gear?

18       A    I can't say like for sure in my head what I've seen, but I feel like I may have

19   seen something similar, nothing like full military gear, but maybe like some brief

20   military-type equipment, like clothes and whatnot.   But I can't put anything specific in

21   my head.

22       Q    That's okay.   And did you ever think before January 6th that if you saw a

23   clash it would be between maybe the people dressed up in the military and antifa?   Is

24   that what you were expecting?

25       A    No, I never really would expect anybody in military, like a group of, if that's

1    what you're saying, a group of like military-type people.    I would have never expected

2    that, no.

3          Q    Okay.    Thank you.

4          A    Yes.

5               BY █████████

6          Q    I know you said that your dad was going alone and that you wanted to

7    accompany him because you didn't feel comfortable with him doing that alone.

8          A    Yeah.

9          Q    So did he ever talk about knowing of anybody else going or coordinating

10   with or making plans with anybody else?

11         A    I think -- he didn't have plans to go with anybody else or meet up with

12   anybody, but he did know friends that were in D.C. that he -- or that were going to D.C.

13         And I don't know if he had any plans to meet up with them or not, but at one

14   point in the day, which, you know, I'm sure we'll get to, we did separate, and he was

15   going to go try to find anybody that he knew that was there.

16         Q    Okay.    Do you know, were these just kind of individual friends or was it a

17   group that he was part of?

18         A    I think just individual friends, like maybe a guy and his wife, I think it was.

19   But I never met those friends of his, so I don't even know them by name.

20         Q    Once you decided to go to D.C. for the 6th, did you post anywhere about

21   going?

22         A    No, I don't think so.    I don't even think I told anyone.    It was such like just

23   a fast thing, like, "All right, I guess I'm going."

24         Q    And then how did you guys end up traveling down to D.C.?

25         A    Just in my dad's pickup truck.

1    Q    Let's go through just some of the logistics of getting down there and when

2    you arrived.    Why don't you just start with, what day did you drive down?

3    A    On the 5th, the day before the rallies.

4    Q    Okay.    And then when did you arrive on the 5th?

5    A    I'd say sometime like mid-afternoon.    I honestly don't really remember, but

6    I'd say sometime like mid-afternoon, early evening.

7    Q    Did you guys do anything on the 5th?    There were also some, you know,

8    political activities on the 5th.    Did you participate in any of those?

9    A    We walked around D.C. a bit.    We actually -- we took the like rental

10   scooters.    We don't have those in Philadelphia, so I thought it would be a fun thing to

11   do, and we kind of just rode those around.

12        And we ended up -- we did see some rallies and my dad wanted to stop for a bit.

13   But we weren't there very long.

14   Q    Where did you stay when you were in D.C.?

15   A    It was a hotel.    I don't remember the name though, unfortunately.

16   Q    Was it in D.C. proper or were you in northern Virginia?

17   A    It was in D.C. proper, yeah.    It took -- it took -- I would say, it was probably

18   about a 10-minute drive.    Like I said, we took the scooters and we did bicycles anytime

19   we traveled into like the more metro areas.    But it would probably be about a

20   10-minute, 5- to 10-minute drive depending on traffic.

21   Q    How did you travel down to the Mall area on the 6th?

22   A    I think it was by -- I can't remember if it was scooter or bike, but I want to

23   say it was the rental bikes.

24   Q    Okay.    And then why don't you just start me with the -- start with the

25   morning of the 6th.    What did you do and then how did you end up going to the rally?

1    A    I think just woke up and had breakfast.    And then it was probably -- we

2    knew stuff was starting like early, like 8 or something, so we were up probably like 7.

3         And our plan was to just go to all these scheduled rallies, and then by then we

4    would already be checked out of our hotel, because it would be past the checkout time.

5    So we were just going to get back to the truck that was at the parking garage and try to

6    leave D.C. before, well before nightfall.    That was like our original plan.

7         So, yeah, it was probably about 8 by the time we got down there after taking the

8    bikes.    And we kind of just cruised around for about an hour and just, you know, seeing

9    what we could see.

10        And then I don't remember exactly at what point we ended up going towards like

11   the big rally where Trump was speaking, but we did -- that was our first like main

12   destination, I guess you'd say.

13   Q    Okay.    Let's stop there for one second.

14        Leading into the 6th, either the morning of or the day before, did you expect there

15   to be any violence or -- on that day?

16   A    I thought there was a good possibility for it based off stuff I've seen from

17   other past stuff on the internet, but I had no indication that there would be like definitely

18   something happening.    It was just like kind of more like a feeling, like, all right, like there

19   are groups of people who don't like these groups of people that live in this area, so

20   there's the potential for some clashes.

21   Q    Did you do anything to prepare for that possibility, like change maybe what

22   you were wearing?    Or did you bring any particular gear to prepare for that?

23   A    No.    I really only had just like basic essentials, like I had like lunch and water

24   and I think a few Band-Aids if I got blisters on my feet and whatnot.    But other than that,

25   just very basic, you know, ChapStick and those kind of things.

1        Q    And then I know you mentioned that you planned to go to the rally that

2  Trump was speaking at, that was at the Ellipse.

3        A    Yes.

4        Q    And then you said, I think, that you also planned to go to some rallies after

5  that one.   Is that right?

6        A    The only other one we really knew about that we planned on was the rally

7  that was scheduled at the Capitol.   There was, I guess, one that was scheduled on, you

8  know, the perimeter outside.   And that the Capitol was on our way back to our hotel, so

9  it was like the perfect plan for us.   We'll leave here, stop at that rally on our way by, and

10  then go home.

11        Q    Do you know which rally that was, or do you remember what group was

12  putting on that rally?

13        A    I have no idea.   We just -- we -- I think we were handed out like fliers or

14  something and then ended up seeing it, like maybe a 1 o'clock rally or something, I think

15  it was.   But -- and maybe my dad knew who they were, but I had no idea who it was.

16        Q    And then do you remember what time you ended up arriving at the Ellipse

17  rally that President Trump was speaking at?

18        A    Sometime either late morning or early afternoon.   It's really hard to

19  remember.

20        Q    Okay.   Why don't you -- so let's -- you just arrive at the Ellipse rally.   Take

21  me through your experience of that rally specifically, and then we'll stop before you start

22  to head towards the Capitol.

23        A    Just massive amounts of people.   So I was just recording and we were

24  walking just, you know, getting the different angles and perspectives of the crowd that

25  we could.   We mainly stayed like in the back near the Washington Monument.

1   We did move up a little bit further into some deeper crowds, but there was just

2   far too many people and just it wasn't worth it.     So we just stuck towards the back.

3        Q     So you went into the area.     Did you pass through metal detectors to get

4   into that area?

5        A     No, no, no.     We -- no, no, no.     So the big area where the Washington

6   Monument is, the big patch of grass, and there's a street dividing where the metal

7   detectors were.     We only got up as far as the street and, you know, walked maybe

8   50 feet down and it ended up being huge amounts of people.

9        So we turned around.     We had no plan of going into the actual like metal

10  detector area.

11       Q     Okay.     Do you remember any of the speeches in particular?     Did you see

12  anybody whose name you remember speaking?

13       A     No.     Only -- the only person I remember was Trump.

14       Q     Okay.     And were you there for -- oh, sorry, go ahead.

15       A     I was going to say, I really -- I wasn't even paying attention much, honestly,

16  so I couldn't even tell you what was said.

17       Q     Okay.

18       A     I was more like just amazed by the amount of people that were -- it was the

19  most amount of people I'd ever seen in one place, and I go to music festivals and stuff.

20  So it was kind of amazing just to see that many people.     That was really what I was more

21  interested in.

22       Q     What -- how would you describe the mood at that point during the Ellipse

23  rally speeches?

24       A     A lot of smiling faces, high, happy, happy energy, you know, some people

25  with like -- I remember seeing there was somebody that had like a boom box, and people

1    were like dancing and stuff.

2           And there was like a big -- there was like a huge like poster on the ground that

3    people were signing and, you know, little side stuff like that.

4           But it was pretty -- pretty good spirits honestly.   There wasn't much negative

5    energy in the air.

6           Q    I know you said you don't recall the specifics of the speeches.   Is that also

7    true for President Trump's speech?   Do you remember anything specifically from his?

8           A    I can't.   I mean, I've seen clips afterwards, you know, through different

9    media, but even those clips I barely even remember.

10          ████████       You can go, █████.

11          ████████       One sec.

12          ████████       I could ask a few questions while you sort out your technical issues.

13                  BY ███████

14          Q    Do you recall the mood of the crowd changing at all during President

15   Trump's speech?

16          A    Not that I can recall, no.

17          Q    Do you recall him telling people to go march towards the Capitol?

18          A    I believe I saw -- that was one of the clips I've seen.   But I don't remember

19   him actually saying it in person.

20          Q    Okay.   And then what led you all to leave that rally and then go towards the

21   Capitol?

22          A    I think it was just tired of standing.   It was just time to just change

23   locations.   And, yeah, we just decided to get a move on.

24          And we also wanted to -- it was quite a walk.   So we wanted to try to see if we

25   could hop on one of those little scooters, the rental scooters.   And we knew that we

1    kind of had to get ahead of the crowd a little bit in order to do that.

2            And at that point there was already massive amount of people flooding down that

3    direction, like a really good amount of people that had already been heading that way for

4    probably a good hour or so.

5        Q    So when you left the rally had President Trump finished speaking?

6        A    I don't really remember, but I think he was still towards the end of his

7    speech, if I can remember.

8        Q    Okay.

9        ███████    Still having technical issues?    Okay.

10            Okay.    Then how about just take me through from your kind of journey from the

11    Ellipse and then to the Capitol, and then we'll kind of stop when you get to the Capitol.

12        A    So we just got out of the big crowds, and we started to look for either the

13    scooters or bikes that we could rent.    We found two bikes.

14            And we were kind of just cruising, you know, weaving in and out of the crowd,

15    really just slowly riding and just getting through the crowd.

16            I recorded it.    I thought it would be a cool thing to record on my GoPro, like a

17    moving shot through the crowd, so I recorded all that.

18            And then, yeah, we just kept heading down -- heading down that way.

19        Q    Did, as you were heading towards the Capitol, did you see any particular

20    groups that were gathered that you could identify or notice anything about kind of how

21    the crowd was organized?

22        A    The only like specific groups that I can remember besides like actual just

23    plain clothes, regular clothes Trump supporters with maybe red hats and whatnot, the

24    only other -- the only group I like could pick out that was like distinguishable was -- it was

25    a group of Chinese people that, I guess, they were against like Communist China.    That

1    was kind of like what their signs were saying.    But that was really the only like group that

2    I remember seeing.

3         Q    And how about the mood of the crowd as they're marching towards, kind of

4    the same, everybody excited and happy or --

5         A    Yeah, very similar and just, you know, high spirits, everybody just kind of

6    moseying along.

7         Q    Okay.    And then where, when you get closer to the Capitol, what area did

8    you arrive in or where did you kind of first get to Capitol Grounds?

9         A    When I first stopped I was near just like a bunch of food trucks.    And at that

10   point I had been texting with a friend who -- he lives in Virginia and works in D.C.    So he

11   was already in D.C. and with a couple other, his cousin and the cousin's girlfriend, I

12   believe it was.    I don't really know who she was.

13        But they had already been in D.C. that day kind of just checking out the spectacle

14   of everything because they live there.    And he's my friend from home, so I planned on,

15   you know, at least saying hello to him, because we had been on -- in the same like general

16   area of D.C.

17        So at that point, I told my dad like, "Hey, like, I'm going to go meet up with one of

18   my friends.    We'll meet up in, you know, 30 minutes or so."

19        At this point, we had no idea what was happening at the Capitol.    We just

20   thought it was rallies.

21        Would you like me to continue with meeting my friend?

22        Q    Let's stop there.

23        When you said 30 minutes or we'll meet up in 30 minutes, did you mean you were

24   going to leave your dad and then come back and meet him in 30 minutes or --

25        A    Yeah, like, you know, like, "I'll see if I can find my friend; if not, I'll probably

1    see you in 30 minutes."    Because at that point there were so many people, I wasn't even

2    sure if I was going to be able to find my friend.

3          Q      Okay.      And then as you're marching to the Capitol and kind of getting closer

4    to the Capitol Grounds, were you -- I know you were recording.      Were you like actively

5    engaged in any social media?      Were you posting at all?      Snapping?

6          A      I posted some Snapchats throughout the day, but that was about it, just, you

7    know, of where I was, not really me saying anything, just kind of my surroundings.

8          Q      Okay.      And were you following anybody that was like maybe livestreaming

9    or posting about what was happening kind of on a, you know, moment-by-moment basis?

10         A      No, besides just a couple of the quick videos I took, I barely had my phone

11   out that day.

12                ███████      Okay.

13                ████████

14                        BY ████████

15         Q      Sorry for the technical problems.      I have no idea what's happening.      And

16   apologies again if ████ already asked you this.

17                But I was interested, back at the rally, you mentioned people seemed happy.      Did

18   you overhear anybody or get a sense of why they were happy?

19         A      Not really.      I mean, I didn't really stop to look at people or to talk to people

20   and, you know, get their perspective.      It was just -- it was, you know, just kind of like a

21   party atmosphere at times, like people were just happy.      It was a really, you know,

22   sunny day, and it was just -- I don't know.

23                I don't really know how to explain it.      It was just there was no negativity.      And it

24   wasn't like overly joyful people, you know, but there wasn't much, you know, negative

25   energy, I guess you could say.

1    Q    Okay.    And ████ might have asked this.

2    When you were walking towards the Capitol, was that happiness still present?

3    A    Yeah, it was a very similar vibe as far as I could tell.

4    Q    When did that -- did you ever notice that vibe changing?

5    A    Yes.    And that was when I got up to the actual like grounds.

6    Q    I'll turn it back over to ████    Thank you and sorry again.

7    A    No worries.

8         BY ████████

9    Q    Well, why don't you just take us through.

10   So you arrive at the Capitol Grounds and you start to -- or you leave your dad at

11   that point.    Is that right?

12   A    Yeah.    Yes.

13   Q    Okay.    Just take us through that.

14   A    So I leave my dad.    He says, "All right, I'll go see if I can find anybody that I

15   know here."    So he heads off.    And --

16   Q    Do you remember -- sorry -- do you remember where you were when you

17   guys split up?    Like can you describe your surroundings?

18   A    Definitely like approaching the like perimeter of like the initial Capitol

19   Grounds, like the last -- is it Pennsylvania Ave that leads to -- well, let's just call it the

20   avenue that I was on.

21   Q    There's Constitution and then there's also Pennsylvania, yeah.

22   A    Okay.    So I think it was Pennsylvania Ave.    But where the actual like

23   buildings end and it starts to be just like big, open area, I was kind of like right around that

24   area.    And there was like a bunch of food trucks like off to like one of the buildings that

25   were on the like side perimeter, and that's kind of where I held up for a second and

1    figured out where my friend actually was.

2              And I realized he was coming the same direction that I was going just on the next

3    street over.    So I proceeded to kind of intercept him where I thought he would be

4    coming out of that avenue.    And we ended up -- I think we ended up just like finding a

5    landmark and meeting there.

6         Q    Okay.    Do you recall what that landmark was?

7         A    I think it was just -- I don't remember.    I think maybe a statue or something.

8    I don't really remember.    I just remember meeting somewhere.

9         Q    One of many statues around there?

10        A    Yeah.

11        Q    Do you remember -- so as you're walking towards the Capitol, in front of the

12   Capitol, if the Washington Monument is behind you, there's like a large empty pool area

13   with some statues at the top of it near to the Capitol.    Do you know what area I'm

14   talking about?

15        A    Maybe.    I could be mistaken, but I think I know.

16        Q    And so if you're looking -- well, let me just ask this question.    If you're

17   looking at the Capitol coming from the Washington Monument, were you to the left side

18   of the Capitol, to the right side, or right in front of the Capitol?

19        A    I was more to the left, and then moved a little bit to the middle to find my

20   friend, and then we proceeded to stay towards the left.

21        Q    Okay.    So then you eventually find your friends, and then what happens

22   from there?

23        A    And then we just all -- you know, most of the crowds and stuff, you know,

24   were heading towards the Capitol, so we just continued to follow the crowds.

25              And at this point, we were still expecting that we were just going to be walking up

1    on a rally.    At this point, we had no idea what was happening, and I'm pretty sure it was

2    already -- things were already happening as far as the crowds moving past where they

3    were supposed to be.

4              And at that point, when we had actually moved into that, I guess, like more

5    restricted area on the outskirts of the Capitol, we still had no idea that, you know, people

6    had pushed through that area.    It was only until the days after that I realized, wow, like

7    the whole crowds were supposed to be like pretty far back.

8              And, yeah, we just kept pushing our way through, not even pushing because it

9    wasn't even like we had to like go through really tight crowds.    It was very easy to walk

10   through.    And, yeah, we just walked -- we walked all the way up.

11             Should I stop, or do you want me to continue?

12        Q    Let's -- I'll ask you a couple questions first before we get into the building.

13             What do you recall about what time this was that you met up with your friends?

14        A    It was early in the afternoon, I want to say like sometime after 1 o'clock, but

15   it's really hard to remember the exact time.

16        Q    Right.    Okay.

17             And then how about from the time that you met your friends to, let's say, just

18   before you enter the Capitol Building, about how long did it take for you to walk from the

19   meeting point with your friends to entering the building?

20        A    Well, to get to the actual like steps where the front of the crowds were, it

21   took about 10 minutes from the time that I like first saw my friend.    You know, we

22   talked for a couple minutes, and then we just said, "Hey, let's keep walking."    Probably

23   about 10 minutes to that point.

24        Q    Okay.

25        A    And then I can kind of go through the some of the things like out to that

1    point.

2         Q     Yeah, let's do that.

3         So you've gotten to the steps now --

4         A     Yeah.

5         Q     -- in front of the Capitol.    What happens there, after that?

6         A     Then, as soon as we start to approach that front area of the crowd, then we

7    start to realize, okay, something isn't right here, because we started to hear a couple loud

8    bangs.    And we were super confused what the bangs could be at first.    And then I guess

9    it was some type of crowd control device.

10        And, you know, we heard the bangs and we just kept walking.    We didn't -- we

11   still really didn't think much of it.    It wasn't until we could get a clear view of like the

12   front that we realized, okay, like there's something off here, like something's going on.

13        Q     And what were the things that kind of alerted you to the fact that something

14   was off or something was going wrong?

15        A     I mean, people were trying to go up the Capitol steps, for one.    I didn't see

16   many -- like much like direct resistance between police at first.

17        Eventually I did see, you know, some instances, more off to the middle part of

18   where the crowds were, because I was off to the left, you know, saw more resistance

19   with police over there.

20        And then there was some like crowd riot control police officers that came in from

21   a separate angle, and they kind of just stood in the middle of the crowd for a while and

22   then continued on.

23        And at a certain point people just started flooding up, and they just -- you know,

24   right up the stairs.    Yeah.

1

2      [11:00 a.m.]

3                    BY █████████

4      Q      You mentioned that more towards the middle of the building you saw more

5      clashes with the police.    What did you -- what do you recall observing of those people?

6      What did they look like?    Were they saying anything that you can remember?    Just tell

7      me any details you can remember about the people that were clashing with the police.

8      A      Okay.    So it seemed the majority of the people were just plain clothes

9      dressed people, you know, some Trump hats here and there as far as like the people that

10     I saw, like, directly in the front.    There were very strange groups of people that had

11     more like militaryish gear, and helmets, and like goggles and stuff.

12            And somebody told me that -- I don't know, there was like a group of people and

13     they all had like a certain color, like, arm band or like color on their -- and somebody told

14     me that they were, like, a group of, like, lawyers or something that go to, like, political

15     protests and stuff.    And I don't know, something.    So that was, like, one group that I

16     saw.    And --

17     Q      Were the people in the arm bands -- sorry, to interrupt you -- were the

18     people in the arm bands also in the kind of military gear or this is a different group?

19     A      Yeah, yeah.    The same people --

20     Q      Okay.

21     A      -- that were in the military gear had the arm bands I guess so they could kind

22     of recognize each other.    And they were, like, they weren't actively doing anything

23     besides just like huddling up in a group and, like, whispering to each other and stuff,

24     which I thought was a little strange.    But I didn't see them do anything crazy at that

25     point.

1    Then there were just the random people dressed in non, you know, traditional

2    civilian clothes, helmets and stuff that you'd see here and there.    But as far as, like, the

3    people that I saw, like, in the front front, it was a mixture of regular people and then a

4    couple, like, weirdly dressed militaryish clothes.

5    Q    Do you remember what color the band was, the arm band that people were

6    wearing?

7    A    You know, in my GoPro footage I am sure that can be easily detectable.    I

8    want to say maybe green, but I am not 100 percent sure off memory.

9    Q    And then I take it at this point, as you are observing that, the mood had

10    changed.    Is that right?

11    A    Yeah.    It was definitely a little bit more of a negative energy in the air -- a

12    way a way different feel than the rest of the day.

13    Q    Okay.    Okay.    So then you are observing these folks clashing kind of

14    towards the middle of the building, but you still continue up towards the Capitol

15    entrance.    Tell me about that.

16    A    Well, I -- at some point -- sorry to talk over you.    But at some point, the

17    clashes kind of stopped, like, the police just backed off.    And they kind of just let

18    everybody flood up the stairs.    And I didn't go up immediately.    I wasn't planning on

19    going up at all.    But I do tend to just kind of like jump into action sometimes.    Like if

20    there's a fight, I will jump in to try break it up.

21    One time I was standing outside of an establishment a few months ago and there

22    was a fire in a house, like, a block over.    And me and my friend ran and we kicked down

23    the door, and ran in, and made sure somebody was in there.    So I do tend to, like, jump

24    into action sometimes, usually for good.

25    So that, you know, was some of my thought process.    But the majority of it was,

1    okay, I can get some really cool videos right now.    So I planned, all right let me go up the

2    stairs and just film what I could film people flooding up the stairs.    Film the whole vast

3    amount of crowds that were, you know, on the Capitol Grounds outside.    So my drive to

4    want to capture something viral kind of led me up the stairs.

5          Q      Okay.    So the police seemed to back off a little bit and the crowds kind of

6    surge up the stairs.

7          A      Yeah.

8          Q      And then what happens next?

9          A      So I got up the stairs, you hear people screaming, we stormed the Capitol,

10   we did it, we stormed the Capitol, whatever.    And there was -- at that point it was just

11   like a lot of excitement, less hostility.    Just people kind of, like, amazed like how are we

12   walking up these stairs right now.    But because the vast majority of the people that

13   went up were not people that were, like, it seemed like at least it wasn't people that were

14   actually clashing with police.    It was just people that were kind of just standing around

15   and were like, oh, cool, lets go up the stairs.    You know?

16          So I went up the stairs.    I filmed the whole thing.    At the top of the stairs -- and

17   is where something in my mind, something crucial happened for my thought process of

18   actually going into the Capitol, and that was -- we were almost in a way, like, greeted by

19   police officers at the top.    There was a police officer with a case of water.    And he was

20   just handing out waters to people.    And it was, like, a very like welcoming attitude.

21   You know, like, he was, like, answering questions and talking to people.    And it was just,

22   like, okay, I guess they, like -- I guess they want us to do this.    I guess this is all right.

23          And there was other cops just kind of standing around just observing.    So there

24   wasn't any, like, hostility as soon as I got up the stairs.    It felt, like I said, almost

25   welcoming in a sense.

1      And then I proceeded to follow the rest of the crowds towards I guess it was the

2  main entrance -- not the main entrance of the Capitol, but I guess like, the main entrance

3  that the majority of the people were flooding into.

4      Should I stop there or do you want me to continue?

5      Q    Just a couple of questions.

6      As you are heading towards that entrance, was there anybody directing you in

7  that direction or anybody kind of helping the crowd decide where to go?

8      A    I mean, I may have seen a couple of people waving people up.    But there

9  was nobody, like, screaming like we have to go this way, this way, this way.    It was kind

10  of like a little bit of just confusion and people were just going, you know, with the

11  direction of everybody else.

12      Q    Okay.    And were you still with all of your friends at this point?

13      A    No.    So -- yeah, I forgot to get to that part.    So as soon as we got towards

14  the front of the crowds, as soon as we saw there was any type of, like, we smelled like

15  some tear gas I guess in the air and that immediately upset the female that was with us.

16  So they kind of just took off.    I didn't even get a chance to say good-bye to them because

17  there was, like, so many people around us towards the front at that point.    And I guess

18  she was like so freaked out by all, like, the people and everything that they just kind of

19  just left.    And at that point I was just on my own.    I was, like, all right, I guess I am going

20  to keep filming.

21      Q    Maybe I lost count of how many people you were with.    Was it a friend,

22  their cousin, and a girlfriend?

23      A    And a girl.    Yes.

24      Q    Okay.    And so --

25      A    I don't remember if the girl was a girlfriend, but it was a girl that was with

1    them.

2         Q    Okay.    So the cousin and the girl left.    Did you friend also leave?

3         A    All three of them left, like, he was kind of, like, taking responsibility for her.

4    They both were, both of the guys.    They kind of just were, like, all right, we need to -- I

5    think they just made the split decision, like, all right, we to get her out of here because

6    she's not very comfortable here.

7         Q    Okay.    So you described some of the groups that were -- that you saw

8    before you entered the building.    How about around this time that you are entering the

9    building, did you notice any particular groups of people that you remember?

10        A    Any of the people that were in, like, gear I did not see at this point.    There

11   was one guy who was really sketchy looking who had -- at the very bottom of the stairs,

12   who had some type of military gear on.    And he was trying really hard to hide his face.

13   He had like this visor that came down on his helmet that he put down.    And he was just

14   like, keep moving people, keep moving, keep them moving.    And it didn't even look like

15   he was going himself.    He was just kind of, like, telling everybody to go up and it didn't

16   look like he was going to actually do it himself.

17        That was the only -- that was last of anybody, in like, last gear that I saw until

18   maybe we were like actually in there in there.    And even then, I am not really even kind

19   of pinpointing in my mind those people.

20        Q    Why?    This guy was sketchy because you thought he was concealing his

21   identity or what made you think he was sketchy?

22        A    It was just his demeanor.    And just, like, his, like, calmness of, like, this is

23   normal, everybody up the stairs, go ahead, go ahead.    And it just seemed like he was

24   almost trying to, like, convince people to go up.    In my mind, it felt like he was going to

25   go himself, he was more convincing people to go and, like, just trying to make some

1    direction.

2          Q        And then what was your attitude at this point or your mood as you are

3    entering the building?

4          A        Well, first off I -- before I entered, I saw a YouTuber that I've seen before.   I

5    don't remember his name, but I know he's, like, kind of a political YouTuber.    And he

6    was with his camera as well, just by himself with his camera.    And I saw him go in.    And

7    in my mind I am, like, all right.    Well, he knows what he's doing.    Like, I am pretty much

8    doing the same thing as him.    Like, I am not reporting on it, but I felt like at that point,

9    like, all right, I am doing what he's doing, I am just recording everything.

10          And yeah, I did have a sense of, like, maybe I shouldn't do this, like -- but at that

11    point, I didn't realize, like, how crazy of a thing it was to actually, like, to take the steps in

12    there.    It was just kind of like, all right, I will just go, like, record and see what is going

13    on.    I just felt, like, really -- like, I was like, this is a historic day.    So I was, like, all right,

14    let me just try to record as much as I can from this day.

15          Q        A couple questions.    One, would you recognize the name of the YouTuber if

16    I tried to give it to you, do you think?

17          A        I think I just remember seeing him by face.    I don't re -- like, it's not

18    somebody I would, like, watch videos of.

19          Q        Does the name Nick Fuentes ring a bell?

20          A        I have never heard that name before.    No.

21          Q        Okay.    And then I think at this time were you still posting on Snapchat as

22    you are entering the building?

23          A        Yeah.    I posted a couple, like, right at the entrance.

24          Q        Okay.

25          A        I don't remember what else I posted.    But I do remember specifically, like,

1    posting one like right after I walked in.

2    Q    Okay.    Is that the -- I will just for the record I have seen transcripts of some

3    of those posts.    There's one where it is a Snapchat post, I think it is right before you

4    entered the building.    You say, holy shit, holy shit, oh my fucking God, we just stormed

5    the Capitol.    Holy fuck.

6    A    Yeah.

7    Q    Is that one you remember posting?

8    A    Yeah.    I remember seeing that, afterwards, yeah.    And that was just, like,

9    all, like, excitement.    And there were so many people saying, like, we are storming the

10   Capitol, we are storming the Capitol.    That just like just spewed out of my mouth, you

11   know.    I was just like caught up in all the excitement of it.

12   Q    I am just going to ask, where did you get that language using the words

13   storming the Capitol?

14   A    I probably heard that a hundred times before I actually said it.    It was kind

15   of just like had been beaming in and out of my ear ever since I first walked up to the

16   Capitol.    So, yeah.    It was just kind of, like, just spewed out.

17   Q    Okay.    Did -- I know you have described kind of your purpose of entering

18   the Capitol is that you wanted to capture that on video and see what everybody was

19   doing.    Any other motivations behind entering the building?    Were you trying to make

20   a statement?    Did you have an idea of wanting to achieve something by wanting to

21   enter the Capitol?

22   A    No.    I was not driven besides anything just wanting to film and then just,

23   like, my excitement of, like, always just jumping to action and just, like, jumping in those

24   situations.

25   Q    Okay.    It sounds like maybe not the best context for an extended

1    conversation, but did you talk to anybody else about why they were entering the Capitol?

2         A    I never talked to anybody, like, directly and ask them.    No.    I mean, I

3    remember hearing some things, but even then, I don't really exactly, like, remember the

4    details of those comments.

5         Q    Okay.    I know you said that it wasn't until later that you understood what

6    the significance of the day January 6th was.

7         A    Yeah.

8         Q    By the time you are entering the Capitol, did you understand what was going

9    on on that day and what was happening in Congress?

10         A    I understood there was some type of -- I don't even know what to call it, but

11    I do know, like, Mike Pence was deciding something.

12         Q    Okay.    And how did you figure that out?

13         A    I think I just overheard people talking about Pence and, like, you know, his

14    decision or something.    I don't know, something like that.

15         Q    Okay.    And do you remember what they were saying about Pence?

16         A    I can't specifically pinpoint in my mind what they were saying.    I just

17    remember hearing his name.

18         Q    Okay.    How -- well, let's just talk about, so now you have kind of gone

19    through those doors and you've entered the Capitol.    What happened after that?

20         A    Then I kind of just stood at the entryway filming people walking in.    And

21    then I didn't know at that point if I was going to continue on.    I thought it would just be

22    a good angle to have people coming in and then I thought maybe I would just go out from

23    there.    But just my curiosity kept me in there, kept me following the crowds.    And

24    again, my pursuit to try to film some stuff.    And I did film everything thought that day.

25    So, I mean, I got what I wanted, but at what cost obviously.

1       Q       Yeah, understood.

2               Can you tell me to the extent you can describe it or that you remember it the

3       route you took once you entered?

4       A       So we went in and then made a right turn.    And then we eventually got to

5       an area with a few officers standing there like kind of I guess forming some type of wall.

6       There wasn't really enough officers to form, like, side-by-side kind of wall.    But they

7       were standing there.    And then there were so many people flooding in there, that it was

8       pretty impossible for, you know, only a few officers to direct the crowd to not move any

9       further.    And people just kept flooding more and more.

10      Q       Okay.    At some point, I understand you are inside the building and there's

11      another door that's shut, that's -- you are on the interior, there is a door that's shut, and

12      then there's also protesters outside of the door.    Do you know what I am talking about?

13      There is a moment where a door opens up and you are near that door area?

14      A       Are you speaking of exterior door?

15      Q       Yes.    So it is an exterior door and then rioters come in that door as well.

16      A       Yes.    Yes.

17      Q       Do you recall this door opening up?

18      A       Yeah.    Yeah.    At that point, I thought that was, like, a pivotal moment to

19      record.    So I kind of just got in there and tried to film the best angle that I could.    I see

20      now that I probably shouldn't have been around those people, based off, you know, what

21      the DOJ was kind of insinuating me being around them.    I guess I kind of look like I may

22      have been, like, actively with that group.    But my only motivation for being in there,

23      around them was just to get the best shot with my GoPro, which I had recording.

24      Q       Okay.    Okay.    Can you tell me how you got to that group and then kind of

25      what you saw as you got near the door?

1    A    So we ended up in the rotunda area and then eventually we were kind of

2    sectioned off in that area of the rotunda and then that next lobby area where that entry

3    door is.

4         So I end up in that area because that was just kind of where the crowd funneled

5    through and ended up at.    And then that was kind of where we were contained.

6    Q    Okay.    So then what started happening in what is there in that area?

7    A    Just a lot of just confusion and chaos.    I was -- I hit a point where I was just

8    stuck in the middle of the crowd with nowhere to go.    And this was when I was like kind

9    of at the entry door to the rotunda, in between the lobby and the rotunda.    And then

10   the police started to use, like, extreme, you know, force to try to push us even further.

11        But the people who were in front of me, like, didn't want to move.    And then I

12   had the police coming from this way pushing.    So then at one point I was, like, really

13   stuck in the middle of the crowd.    At that point I really just wanted -- I was like, all right,

14   I should just leave here, this isn't worth the video.    Yeah --

15   Q    Just so that I understand, which direction were the police trying to push you

16   in?

17   A    They were pushing us towards that lobby area where the entry door is.

18   And that side of the Capitol is the complete opposite side from when we first entered.

19   Q    And then just describe to me how -- what you observed as this group starts

20   to try to open that exterior door?

21   A    Well, there was people on the outside pushing on the door and whatnot or

22   pulling.    I don't really remember if it was pushing or pulling.    And then I guess a few

23   people on the inside decided to try to help that effort.    And that's when I saw one of the

24   doors start to, you know, creep open, I guess.    And I got in there to get, you know, the

25   best angle, because I saw a vast amount of people on the outside.

1        So it was, like, a really, like, interesting view from where I was, you know, the

2    doorway with just a bunch of people on the outside trying to get in.

3        Q    Okay.    And so, you understood that the people were trying to open that

4    door, but you said you weren't there to try to open the door, you were just trying to cut

5    through the --

6        A    I yeah, I was trying to get myself in the best position to film the best angle.

7        Q    Okay.    And then at this point are you still kind of solo going through the

8    Capitol, or had you met anybody, or paired up with anybody?

9        A    No.    No.    I was still solo.    I barely talked to anybody.    There was a few

10    people I talked to when I was -- just like brief conversations when everybody -- when it

11    was, like, calm and everybody was just standing in the rotunda before, like, the police

12    were forcing everybody out of that area.    You know, a couple of conversations like that I

13    overheard and maybe, you know, I said something, but I never had really any concrete

14    conversations with anybody.

15        Q    Were you there when the doors fully opened up, those exterior doors that

16    we talked about?

17        A    I believe so, yeah.    I mean, we were kind of -- there was nowhere else to go

18    besides right there.

19        Q    Okay.    All right, then take me through kind of next steps.    After you are in

20    that area filming this conflict at the door, what happens after that?

21        A    I kind of realized, like, okay, like, people might start flooding in here if they

22    get the doors all the way open.    So I kind of took a step back and just kind of observed

23    from the side, even though it wasn't a good angle for recording.    I just decided, all right,

24    let me just get out of the way here and wait for my turn to leave.

25        Q    Okay.    And then you can continue.    What happened after that?

1          A      Just, you know, some people started to come in that door.    I -- the only,

2    like, specific thing I remember is an older gentleman, like, got like pepper sprayed, I

3    guess, and he was just kind of sitting there on a bench.    He seemed like he was one of

4    the people who came in through that one door.

5          And then I kind of just waited for things to calm down as far as, like, people

6    coming in that door.    And I just decided to get out as soon as I could.

7          Q      About how long do you think you were inside the building?

8          A      I would say -- it's really hard to like gauge the time, because there was like so

9    much going on, but I want to say like 30 minutes maybe.

10         Q      Okay.    So after you kind of wait in that lobby area near the external door

11   and wait for things to calm down, at some point you decide to leave.    What prompted

12   you to leave?

13         A      The police officers that were telling us to leave.

14         Q      Okay.    Did -- so I know you described when you first entered the Capitol

15   you mentioned there was a police officer there who was handing out water and it felt sort

16   of like a welcoming atmosphere --

17         A      Yeah.

18         Q      -- or he wasn't telling you to leave.    At what point when you were inside did

19   you come to understand that the police actually wanted you to leave the building?

20         A      Well, definitely by the time that they were all, like, pushing us in the rotunda

21   to be, like, contained towards the lobby.    As soon as I -- you know, obviously I knew.

22   Like.    This is probably something that people aren't going to like, like law enforcement.

23   But up until that point it kind of seemed like maybe this is just, you know, a peaceful, like,

24   protest where people are just going to sit in and, you know, peacefully protest inside.

25   Yeah.

1          It wasn't until I realized, like, there was, you know, extreme force with riot police

2   and stuff in the rotunda.    Because up until that point, it was still like people were in high

3   spirits, a like really like kind of happy atmosphere again as soon as possible people were

4   inside.    And then like I said, as soon as those riot police started moving through, that

5   was in my mind like, all right, I should get out of here.    Like they really want us to get out

6   of here.

7          Q    Okay.    So at that point you leave through that door that's opened up.

8   What happens after that?

9          A    I just got out of the crowd just as soon as I could, and got down the steps,

10   and just kind of observed from the bottom for a couple of minutes.    And then I was, like,

11   all right, let me try to find my dad.    And I gave him a call to see where he was.

12          Q    Okay.    And then -- am I right, I think I have seen in some of the other

13   pictures or videos, did your dad come in that door near where you were when it had

14   opened up?

15          A    Yeah.    So I had no idea he was in there.

16          Q    Okay.

17          A    Like, apparently, he was -- like, with my FBI interview, DOJ interview,

18   whatever it was, they showed me how he, like, came through the door.    And I was like,

19   wow, I was standing very close to that.    But there were so many people it's impossible

20   to, like, look at everybody.

21          So it wasn't until -- you know, I talked to him after and he said that he walked in

22   briefly -- but it wasn't until that interview that I realized how close he was actually to me.

23          Q    Okay.    So you leave, you call your dad.    Did he pick up?    Or how did you

24   end up getting back in contact with him?

25          A    Yeah.    He picked up the phone and he at that point was down the steps

1     somewhere waiting for me as well.

2     Q    Okay.   And now this is on the other side of the building --

3     A    Yes.

4     Q    -- from where you entered?

5     A    The complete opposite side, yep.

6     Q    Okay.   Great.

7     So we have been going for almost an hour and a half now.   Do you need to take a

8     break or anything?

9     A    Yeah.   I would like to use the bathroom really quick.

10     Q    Okay.   Let's do that.   It's 11:28, why don't we come back at 11:35.

11     A    Okay.

12     Q    So feel to turn off your camera, and mute your mike, and we will go off the

13     record.

14     A    Okay.   11:35 you said?

15     Q    Yes, 11:35.

16     A    Okay.   Thank you.

17     Q    Yep.

18     [Recess.]

19     BY ███████████

20     Q    Let us go back on the record.

21     Okay.   So James, we had or J.D., sorry.   We had kind of left off where you leave

22     the Capitol Grounds and you've met back up with your father after calling him.   I did

23     have some questions about some communications that your father sent while he was

24     either on the Grounds or afterwards that evening and some representations he made in

25     those texts?

1        A    Yes.

2        Q    So one of the things -- and you have probably seen these, but one of things

3    that he said was that he was in Speaker Pelosi's office and that he urinated in the office

4    and that you had videos of that.    Are you familiar with that text?

5        A    Yeah.

6        Q    Okay.    And I take it from your account that that's not true?

7        A    Absolutely not.    Yeah, he kind of just said that, I guess to seem cool to his

8    friends.

9        Q    Okay.

10       A    He tends to do that sometimes, he kind of exaggerates.

11       Q    Can you just elaborate on that a little bit.    Do you know did he actually go

12   into the Speaker's Office?    Did he urinate at all?    Obviously you don't have videos of

13   that?

14       A    He didn't either.    I believe he was in the Capitol for a few minutes and then

15   he left.    And he barely even went in besides the, like little lobby area.

16       Q    And do you know who the individual is that he was sending these messages?

17       A    I don't think I ever met that person.    I have no idea really who they are.

18       Q    Okay.    Let's just go through --    so you are on the other side of Capitol

19   Building now and you've met up with your dad.    What happens then?    Let's first start

20   when you guys first meet, what do you talk about?    What is his impression of what just

21   happened?

22       A    Well, he may have known that I was already in there, because while he was

23   in there he did call me to see where I was and I couldn't hear him.    So I kind of just said,

24   like, I am inside, I don't know if you can hear me or not and then I hung up.    So at that

25   point he was like, you are inside.    And then I said -- I said I honestly forget the exact

1    conversation we had, but it was something along the lines of, like, I went in, yeah.    Oh

2    you went in.    I went in for a second, yeah.    And it was kind of just like, all right, let's just

3    leave here.    This is enough chaos for one day.

4        Q    And then so what did you guys end up doing after that?    How did you

5    leave?

6        A    We -- I believe we found some more bikes and just headed right back to the

7    parking garage.    Because at that point we were already checked out of the room, but

8    the car was still in the hotel parking garage.    So we just road right back to the truck and

9    headed back north.

10        Q    Any other recollections about kind of things that you and your dad talked

11    about on the way back?    Were you following any news sources and watching coverage

12    of what had happened?

13        A    I don't really remember what we talked about.    I am sure I was, you know,

14    interested in some of the news coverage and whatnot.    But I believe that most of that

15    ride home I just took a nap because we were up pretty early and whatnot.    It was a long

16    day.

17        Q    Do you remember in the period of time that you were in the Capitol or

18    immediately after -- do you remember seeing or hearing about any of the messages from

19    President Trump that he was sending to people at the Capitol?

20        A    No.    I didn't even know that was a thing.

21        Q    Sorry.    I should be more clear, it wasn't.    He released a statement, a video

22    statement, speaking to the people at the Capitol and then asking at one point for them to

23    leave and go home peacefully.    Do you recall hearing about that?

24        A    I do not.    I remember hearing about it after the fact.    But while I was

25    actually in the Capitol, I don't remember that.    No.

1    Q    Okay.    After you left the building and on your way back home, did you call

2    your mom at any point or update her on what had happened?

3    A    I honestly don't remember, but I am sure I did.    Yeah.

4    Q    Okay.    Do you remember either that day or afterwards conversations with

5    her and what her reaction was to what had happened?

6    A    I mean, she wasn't happy, you know, that I put myself in that situation.    As

7    far as besides that, I can't really remember what was said.    But she definitely, you

8    know -- she was just like, you know, I am glad you are all right type of thing.

9    Q    And then how about your dad's attitude as you are heading back?    What

10   was his kind of take on the whole day?

11   A    I mean, he didn't have any really, like, strong emotions or anything.    Yeah, I

12   mean, honestly, we didn't talk about it much.    It was just kind of like something that

13   happened, and had some brief conversations about it, and that was it.

14   Q    Why don't you -- you have gotten back home, why don't you tell me kind of

15   what happened with you and your dad as far as interaction with the FBI or DOJ about

16   your involvement on the 6th?

17   A    I am sorry.    I am just confused what you are asking.

18   Q    When did you first hear from the FBI after the 6th?

19   A    When they raided my house.

20   Q    Okay.    And when was that?

21   A    It was either late February or early March, I would say.    I can't exactly

22   remember.    I was actually not even home, I was on a snowboarding trip.

23   Q    Right, okay.    And then it can be pretty high level, but just tell me after that

24   how many times did you meet with FBI?    I know you interviewed with them.    Just give

25   me kind of the run through of that interaction.

1          A      I believe it was like two major interviews that I did.    It's kind of hard to

2    remember, but I was on a separate ski trip, that had already been planned and whatnot,

3    when I did the initial interview I believe.

4          I am having a hard time remembering if there was an actual second interview that

5    I did on Zoom.    But I know the next interactions were just, you know, giving them my

6    GoPro material and my phone for, you know, the data dump and whatnot.

7          They already had my computer so I had to give them the password for that.    And

8    then the only thing after that where I had actual contact with them was when I had to go,

9    like, turn myself in and do the whole processing stuff.

10         Q      Okay.    I want to talk about just sort of looking back on January 6th and kind

11   of your current feelings about that day.    What -- well, I guess just looking back on that

12   day if you kind of want to just give me your general thoughts or how you feel about what

13   happened?

14         A      I mean, at the end of the day I think it was not the best day for our Nation's

15   history.    I had no idea the extent that this would be going as it was unfolding.    But I can

16   definitely see, you know, how big of a thing it is now.

17         I am definitely regretful for going in there.    I mean, I got some good video, but it

18   was not worth it at all looking back.    And if I, you know, could make that decision again, I

19   may have went up to the bottom steps, but I never would have went up those steps.

20         Q      Has that experience, the 6th and then afterwards, kind of changed your

21   views on politics or your engagement with politics?    I know you said before you weren't

22   very engaged?

23         A      It's not something that I guess you'd say, like, triggered me to be like more

24   political or anything.    No, I can't say that made me, like, you know, pushed me into

25   politics more or anything.

1      Q      Okay.     And then how about your views on President Trump?     So I know

2   you said that you voted for him in the general election and were generally a supporter.

3   What are your feelings about President Trump now?

4      A      I mean, at first I just took what my parents would tell me and a little bit of

5   things and, you know, things that other people would tell me that were supporters of his.

6   Now looking back, like, there's a lot of things like I don't necessarily like about him when I

7   actually, like, dive deeper into -- besides the obvious things like the Twitter stuff, like, kind

8   of childish things like that.

9           Yeah, I don't have many strong views like -- it's not like I really like -- like I said, I

10   am not a Trump supporter.     Like I did vote for him, but I don't consider myself currently

11   a Trump supporter or even when I did go into the Capitol, I wouldn't consider myself a

12   Trump supporter, even though I did vote for him because I was not, you know -- I didn't

13   know enough I would say.

14      Q      Okay understood.     And then I know you also mentioned that on the 6th or

15   shortly after that you came to somewhat understand Vice President Pence's role on that

16   day?

17      A      Yeah.

18      Q      Do you have any thoughts about Vice President Pence after the 6th?

19      A      I mean, as far as I can tell, he did exactly what he was supposed to do.     And

20   I don't think he had any kind of power that people think he did to do what they were

21   expecting him to do.     That's kind of my feelings on it.

22      Q      Okay.     Then I am pretty much done with my questions.     I just kind of

23   wanted to give you an opportunity, if there's anything you wanted to say or any other

24   thoughts you had about the events of 6th that we haven't already covered, feel free to let

25   me know.

1        A       I mean, all is I can say is like I said, I deeply regret going in.   You know, not

2  to justify what I did, but I -- my only motivation was to record video and to just get in the

3  action.    In fact, like while I was in there like I was even screaming, you know, yelling

4  loudly saying to people, like, be peaceful, don't break anything.   Because I remember

5  hearing, like, something aggressive like maybe like somebody hitting a door or something

6  and immediately my reaction was just be peaceful, don't break anything.

7        Other than that, yeah I am definitely pretty apologetic that I did go in that building

8  after realizing the magnitude of it all.

9        Q       Okay.    Then I will just end by saying while we are still on the record that we

10  really appreciate your time in coming in to talk to us today.    It's really helpful for our

11  mission just to understand, you know, kind of people's motivations for coming there that

12  day and helps us understand how to prevent that sort of event from happening again in

13  the future.   So thank you very much.

14        A       Absolutely.    And if you ever, you know, need to get in contact with me

15  again for any further questions, I'd be happy to help in any way I can.

16        Q       Okay.   Great.   That's good to know.   Thanks, J.D.

17        And Ms. Shaner, did you have anything?

18        Ms. Shaner.    I have one minor question.

19        ███████████   Do you want to do it on the record.

20        Ms. Shaner.   Yeah.

21        ███████████   Okay.   Great.

22              BY MS. SHANER:

23        Q       Who gave you the flier or how did you get the flier on the 5th which told you

24  about the rallies?

25        A       Honestly I think we just found something on the ground.   Because there

1    were people passing stuff out.    And it was actually the day of the 6th, not the 5th.    So

2    how did I here about the initial rallies?

3            Q      No.

4            A      Or the Capitol rally that we heard about that was going to be later in the

5    day?

6            Q      No.    The rallies in Washington, either on the 5th or the 6th?

7            A      Oh, just the general rallies?    I mean, I don't even remember.    I think I just

8    heard of it from my dad and I don't know how he found out.

9            Q      And on the 6th, you found a piece of paper on the ground that people were

10   handing out.

11           A      Yeah, there was like -- I remember seeing, like, a map of where the rallies

12   would be taking place.    And it was like just a basic little map.    And I think we found that

13   on the ground.

14           And then yeah, I think I maybe, like, followed that up by doing a Google search

15   just to confirm that there was something going on further before we wasted our time.

16   But yeah.

17           Ms. Shaner.    Okay.    That's my only question.

18           ███████████    Okay, great.    Then with that, I think we can go off the record.

19           Well, let me just make sure, does anybody else have anything?    ███, I see you are

20   still on the call.    Do you have any questions?    Are you good to go.

21           Okay.    I think that's it then.    So we can go off the record it's 11:51 and that's it.

22   And again, thanks, James.    We appreciate it.

23           Mr. Rahm.    Absolutely.

24           ███████████    Have a good Friday and weekend.

25           Mr. Rahm.    Thank you, you as well.

1          ██████████   Okay.   Thanks, Ms. Shaner as well.   And also thank you, ██████ for

2     transcribing us today.

3               [Whereupon, at 11:52 a.m., the interview was concluded.]

1          Certificate of Deponent/Interviewee

2

3

4     I have read the foregoing _____ pages, which contain the correct transcript of the

5     answers made by me to the questions therein recorded.

6

7

8

9                    _____

10                              Witness Name

11

12

13                   _____

14                                 Date

15