**Title: Maus by Art Spiegelman**
**A Reflection on Citizenship and Humanity by James Douglas Rahm III**

**Introduction:**
"Maus" is a groundbreaking graphic novel by Art Spiegelman, which examines the Holocaust and its aftermath through the author's relationship with his father, a survivor. The novel employs anthropomorphic animals to depict different ethnic groups, with Jews portrayed as mice and Nazis as cats. This unique narrative style adds a level of complexity to the story, which gave me an interesting and thought provoking perspective on historical events. In addition to its historical importance, I also found that "Maus" provides valuable insight into becoming a better citizen, especially in the United States. I have outlined my thoughts on this below.

**Themes of Empathy and Understanding:**
I've found that one of the key lessons from "Maus" is the importance of empathy and understanding in building a better society. It was apparent that Spiegelman encourages readers to take a step past superficial differences and realize the shared humanity of all persons, by depicting these characters as animals. This message is of particular importance in terms of citizenship because it calls on citizens to be aware of diversity and sympathized with other people's experiences.

**Tolerance and Anti-Discrimination:**
The tragic consequences of discrimination and prejudice are also reflected in "Maus". The Holocaust, depicted in the novel, was a result of deeply rooted hatred and intolerance. Taking account of these atrocities in the past, I felt invited to face today's inequalities and it encourages me to want to work towards a more inclusive society. In every part of life, being a good citizen requires an active resistance to discrimination and the promotion of tolerance.

**Responsibility and Historical Awareness:**
The sense of responsibility towards my community and the wider world is closely related to citizenship. "Maus" encouraged me to be more historically aware and acknowledge the impact of past events on shaping the present. By understanding the consequences of unchecked power and discrimination, I could be better equipped to engage in civic life with a sense of responsibility. That awareness encourages a commitment to prevent such abuses and injustices from happening in the future.

**Importance of Storytelling:**
I've found that the novel itself makes clear the importance that stories have in shaping collective memory. Spiegelman humanizes historical events through personal tales, and he gives a sense of the Holocaust's emotional weight. This underlines the role played by citizens as active participants in narratives that shape their societies. I can contribute to a more complex and compassionate understanding in my community and the world in general, when I hear and share diverse stories.

**Conclusion:**

"Maus" by Arthur Spiegelman is not only an article about historical events; it' feels like a call to consider my role in society as a citizen and member of the global community. "Maus" provided useful information that can encourages me to develop better citizenship in order to help create a more loving and friendly society in the United States and beyond, through its promotion of empathy, tolerance, historical awareness as well as the importance of telling stories.