"Common Sense" by Thomas Paine: A Blueprint for Honest and Upstanding Citizenship

Report Written by James Douglas Rahm III

**Introduction**

"The Common Sense" pamphlet of Thomas Paine was written in 1776 at the start of the American Revolution. It was an important driver of support for independence from British rule and mobilized a large portion of the population. While its primary aim is to encourage independence, I realized that the document also covers wider issues that can relate to being a good and decent American citizen which I have outlined below.

**1. The Individual Autonomy:**

In Paine's opinion, it is the natural right of individuals to act in their own way. It matches the principle of individual responsibility and autonomy, basic values for an honest citizenship. Democracy is founded on the belief that citizens should play an active role in their country's governance.

**2. Critical Thinking:**

In Paine's view, readers are encouraged to critically consider the current political structure and ask whether Britain's rule is legitimate. Citizenship can benefit from this emphasis on critical thinking through the promotion of an informed population. Ethical citizens need to be active in seeking information, questions of authority and participation in thoughtful analysis of the challenges facing society.

**3. Equality and Justice:**

Common Sense highlights the absurdity of hereditary monarchy and argues for a more equitable society. Being an upstanding citizen is based on the principles of equality and justice. The American commitment to fairness, as well as the pursuit of justice in society, is reflected in Paine's call for a government based on these principles.

**4. Public Virtue**

Paine is an advocate of public virtue, arguing that citizens should care not about their own interests but for the common good. That is in line with both the idea of social responsibility and selflessness. Honest citizens, who participate actively in activities that benefit society as a whole, play an important role in contributing to the well being of the community.

**5. The Right to Dissent:**

Paine agrees that freedom of speech is important, and he criticizes injustice. Citizens should feel entitled to speak their mind, challenge the status quo when necessary and take part in a constant dialogue which shapes our country.

**Conclusion:**

 For individuals who wish to become true and honorable citizens of the U.S., "Common Sense" by Thomas Paine represents a timeless guide and I feel like I can use some of the key aspects in my life to stay down a righteous path as a U.S. Citizen. I can actively contribute to the development of a just and democratic society through my acceptance of fundamental principles such as individual autonomy, critical thinking, equality, justice, public moral virtue or freedom of expression. Through this reading, Paine has encouraged me to think critically about my role in shaping the country's destiny.