James Douglas Rahm III

Honorable Judge Christopher Cooper
United States District Court

Your Honor,

I hope this letter finds you well. I am writing to you today with deep respect and sincerity, seeking your understanding and leniency as you consider the circumstances surrounding my actions on January 6th, 2021. I understand the gravity of the events on that day and the consequences it has had on our nation. I deeply regret my actions and take full responsibility for them.

To provide a comprehensive view of my character, I would like to share some aspects of my life. I grew up in South Philadelphia, in a nurturing environment where my parents instilled in me the values of education, community service, and a strong work ethic. I attended Christian/Catholic institutions throughout my schooling, ultimately graduating from LaSalle University with a Bachelor's Degree in Business Management and Entrepreneurship.

Throughout my life, I have been committed to helping others and to making a positive impact in my community. From volunteering at local food banks, to coaching inner-city youth in baseball, I have consistently sought opportunities to contribute to the well-being of those around me. One significant aspect of my life revolves around caring for my cousin Gary, who has faced physical challenges since birth. I daily provide emotional support and practical assistance, demonstrating my commitment to family and community. I have always tried to make the world and my community a better place and my work life has reflected that in some ways. My deep

connection with nature led me to work in the solar industry for a period of time, advocating for sustainable practices to reduce our reliance on fossil fuels. I have always tried to be honest and law-abiding in every aspect of my life, and that is true today more than ever.

I would also like to provide context regarding my participation in the events that transpired on January 6th, 2021. My decision to go to Washington, DC, on that day was spontaneous and not premeditated. Initially, I had no plans to attend the events, but my father urged me to join him. I was driven by a sense of responsibility towards my father's safety, since he was going alone and is not in perfect health. I was also intrigued by the opportunity to document a historic gathering, so I agreed to go. Having recently purchased a GoPro video recorder, I saw the potential to capture noteworthy moments and to share them with the world. My interest was not driven by a political motive, but rather I anticipated I would be an eyewitness to a unique, historic event in our nation's capital.

My father and I spent the day near the Washington Monument, intending to listen to speeches and to then head home. However, on our walk towards the hotel, we walked by the Capitol. Near the Capitol, my father and I separated as I decided to wait for a hometown friend, who now lives and works in DC. My father and I planned to meet back up after I met my friend. Little did I anticipate the turn of events that afternoon. Upon meeting my friend and his female companion, we observed massive crowds forming on the Capitol grounds. Curiosity led us to approach, initially we thought there was a planned rally. It became apparent that something was amiss, as there was mass confusion and clearly no organized rallies. Concerned for safety, my friend quickly escorted his female companion away, leaving me to witness the rapidly evolving events. I decided to stay and to record the

2

situation. At that point, the crowd appeared to be moving calmly up the stairs of the Capitol, and law enforcement officers were present, seemingly unconcerned. As soon as I got to the top of the steps, I was greeted by 2 police officers holding cases of water, which they handed to individuals who had walked up the steps. This gave me a false sense of security and I continued recording as people ascended the Capitol steps.

As I ventured further, I noticed crowds entering the Capitol, and my documentation continued. Although initially I had no intention of entering, the flow of people and the excitement provoked me to enter a doorway and to record the stream of people entering, from just inside the door. As I moved a bit further with the crowd, I found myself blocked by the sheer number of people in the hallway, all pushing in one direction. I had no malicious intent nor did I have an intent to engage in criminal behavior. I got caught up in the adrenaline of the crowd. I believed, albeit wrongly, that my actions were possibly permissible, given the seemingly relaxed demeanor of law enforcement officers present at the top of the steps of the Capitol. On reflection, today, I understand the police were just overwhelmed by the huge crowds.

I continued to move with the flow of the crowd which was ultimately heading towards the Rotunda. First, the crowd led us by Nancy Pelosi's offices. I did not enter her personal office or engage in any destructive behavior. My recording focused on capturing the historic nature of the situation. After I heard loud, banging noises that sounded as if people were causing damage, I called out to stop. You can actually see and hear me on the video recording, pleading for people to stay peaceful and to respect the sacred space of the Capitol. As the crowd shifted towards the Rotunda, I continued to document the events as they unfolded.

I would like to address the situation around the lobby area and exterior doors of the capitol, where it appears I am part of the crowd that pushes open a door. From the vista of the overhead security footage, it is not possible to see my vantage point. What I saw was incredible. The scene on the outside of the doors was unbelievable. A sea of people cascaded down the exterior steps of the Capitol. It was visually astounding. At this point my main focus (aside from trying to exit the building) was to record this massive crowd of people, about which I was completely unaware until I saw them through the window of the door.

Chaos erupted near the door, so I tried to get closer to the window to capture the exterior crowd. Unfortunately, events escalated rapidly, and I found myself caught in a crowd surge. In the security footage, you can see my attempts to free myself from the situation as it became increasingly chaotic. I took no action to push the doors open.

While my intentions may not have been criminal, my presence in the Capitol, clearly contributed to the disorder and chaos that day. My participation had enormous consequences for America, for which I grieve. And I hope that my actions since that day, in some small way, can help to heal our country.

The impact of my actions on January 6th, has also had severe private consequences, affecting not only my employment, but also my family and personal and professional relationships. I have faced employment challenges, with doors closing due to the media attention surrounding my case. My DJ career, which I had diligently built over the years, suffered a significant setback as all major social media platforms have banned me, erasing years of networking and promotional work. Other large tech companies have also banned me for life, because of my actions. I am no longer

able to use services like AirBnb for lodging, which impacts my travel options.

I also believe I am on a terrorist watchlist, because flying has become a huge problem. Airlines refuse to allow me to check in or board. After waiting about 1-2 hours standing at a desk, I am finally issued a boarding pass. Then TSA takes me for a personal screening which is intense, uncomfortable, intrusive, and lengthy. TSA sets up an additional security check at the gate. They empty all my belongings, while the other passengers wait to board. This has happened the last 4 times I have flown. This treatment is extremely inconvenient and embarrassing for me and for my girlfriend, who suffers the same treatment, just for flying with me.

The stigma has affected personal relationships. Some neighbors no longer speak with me. Some friends have exited my life. To this day I receive anonymous calls and hate mail at my home, even death threats. Some people automatically assume I am not a good person and treat me accordingly, without even knowing who I actually am.

The FBI raid on my family home, when I was not present, has caused trauma to my mother and younger brothers. They were treated like serious criminals and removed from the house at 5 a.m., with almost no clothing in the freezing cold, as media cameras lined the block and filmed their every move. We have been visited and phoned by rude journalists hoping to capitalize on the situation. I deeply regret the impact my actions have had on my family as well as the impact my actions have had on my community's perception of me.  I carry guilt with me every single day.

Your Honor, I want to emphasize that I hold a profound love for my country, and do not want to be seen as an enemy of this great nation. I deeply respect law enforcement and I willingly cooperated with investigators, providing them with video recordings and cell phone data voluntarily. I also provided them with additional evidence and video footage that they did not request. I have great respect for the laws of this country, and for the principles upon which it was founded.

I deeply regret the decisions that led me to be present in the Capitol building on January 6th and I would never do anything like that again. My intentions were naive, but I understand the seriousness of my actions and would do anything to undo the events of that day. I want to assure you that I am committed to accepting responsibility for my involvement and to ensure you that such a lapse in judgment will never occur again.

I ask that you please take into consideration the context surrounding my actions, my personal history and family background, my sorrow and shame and my efforts to cooperate with law enforcement. I am committed to make amends and to rebuild my life in a positive manner. I respectfully request a Sentence of Probation and the opportunity to contribute positively my communit in the future.

I am extremely grateful for your time and consideration.

Sincerely,
James Douglas Rahm III