Dear Honorable Judge Cooper,

      I was honored when James Rahm III asked me to write a character letter. I met him several years ago at my home. He is a friend of my twin children, Chris & Annie Wenz. He is courteous, prompt, & hard working. I have seen him in action. He is a fine young man.

Respectfully submitted,
Robert Wenz