Character Reference for James Rahm

Dear Honorable Judge Christopher Cooper,

I hope this letter finds you well. I am writing to provide a character reference for my son, James Rahm, who is currently facing legal proceedings. I am aware of the seriousness of the situation, and I want to share my perspective on James's character and background.

I am Kelly Rahm. As his Mother, I have had the privilege of witnessing James's growth and development into a responsible, compassionate, and law-abiding individual. James has never been in any trouble with the law, and his record is pristine.

From a young age, James demonstrated a commitment to community service. He volunteered at food banks and participated in activities such as wrapping presents for underprivileged children. These experiences instilled in him a sense of empathy and a desire to contribute positively to society.

Throughout his academic journey, James excelled both in high school and at the university level. He graduated with a business degree after completing a four-year program. As a senior in high school, he coached a Little League team, showcasing his leadership and mentoring skills by guiding his team to a championship. This attests to his ability to inspire and positively influence those around him.

James's plans to take over our family business were unfortunately derailed by the COVID-19 pandemic, which forced the closure of our business. Despite this setback, James displayed resilience and initiative by promptly starting his own video production company. His dedication and hard work have allowed the business to thrive and grow.

Importantly, James is a person of high moral character. He is deeply rooted in his faith, demonstrating respect for others, honesty, and reliability. He is a family-oriented individual and serves as a positive role model for his younger brothers. His respect for elders and active participation in society further highlight his commitment to being a responsible and contributing member of the community.

Considering James's exemplary character, his commitment to community service, his academic and professional achievements, and his positive impact on those around him, I

kindly request the court to consider probation rather than jail time. I believe that James has learned from this experience, will continue contributing positively to society, and fulfill his responsibilities.

Thank you for your time and consideration. If you have any further questions or require additional information, please feel free to contact me.

Sincerely,

Kelly Rahm