December 22, 2023

Dear Judge Cooper,

Thank you in advance for taking the time to read this letter.

My name is Christine Coffineau, and my husband, Matthew Wagner and I are well acquainted with JD Rahm. He is a family friend through my niece and has attended many family functions in our home. We are always delighted to welcome him and his family to our gatherings, celebrations, special occasions and holiday dinners.

Matthew and I are very involved in our parish of Saint Elizabeth Ann Seton in Absecon, New Jersey. We are Eucharistic Ministers and Lectors, and we believe that we have a good sense for good people. People who are honest, trustworthy, law-abiding, devoted to family and kind. That describes JD Rahm.

We have been praying for him since his unfortunate ordeal began, because he is a mature, hard-working young man with a bright future, and we will continue to pray that he will be able to remain on this path unobstructed.

Sincerely,

*Christine Coffineau*