

# ASI Management

The Land Title Building
One Hundred South Broad Street
Suite 1300
Philadelphia, Pennsylvania 19110
Voice: 215-563-5616   Fax: 215-568-1987

January 5, 2024

Dear Honorable Judge Cooper,

My name is Alex Schwartz and I have been a commercial real estate entrepreneur in Center City Philadelphia for over 20 years. I am writing to you on behalf of James Douglas Rahm III and the character traits which I have witnessed over the years. I was introduced to him through his father, James Rahm, with whom I have been dealing since the early stages of my business ventures. James Douglas Rahm III, whom I call JD, has distinguished himself as someone who is mature, reliable and trustworthy. Over the span of my relationship with his father, we have worked together regularly on many projects of varying sizes and scopes. I have no doubt that his assignments will be handled with the utmost professionalism.

In my opinion, JD has always been considerate and compassionate towards others. When I first learned of his arrest, I was shocked and in disbelief. These actions were extremely out of character for him. I have spoken with him since the beginning of the ordeal and I can see a clear sense of remorse and regret for his ill thought actions on January 6, 2021.

I hope that you will take into consideration the extreme regret that JD has shown and feels, and his wish to return to society as a law abiding and contributing citizen.

Sincerely,

Alex Schwartz
President