# THOMAS FORKIN, JD

1200 Front Street
Mauricetown, New Jersey 08329
609-515-4969
tforkin@acitech.org

The Honorable Christopher Cooper
Washington, District of Columbia
Via Email to Defense Counsel
Heather Shaner, Esquire

January 6, 2024

Re: Character Letter, James Douglas Rahm

Your Honor;

My name is Tom Forkin and I serve as a Professor of Law at ACIT here in New Jersey, following the active practice of Law for 20 years in both State & Federal Court.

I am writing in regard to the above captioned matter and to follow up on my conversation with James Rahm, as to a Character Letter.  It is my understanding that James shall appear before Your Honor for sentencing on a misdemeanor charge as to his attendance at the January 6th Rally in Washington in 2021.  Please accept this letter in that regard and to James' character.

I have known James (JD) for approximately 11  years. My son, who serves as a First Responder in Richmond, Virginia, is a childhood friend of James & his brothers.  James' mother, Kelly, is a former employee of mine, following her divorce from their estranged father some 15 years ago.  Kelly essentially raised her three sons as a single mother, James' being the oldest and assisting her as needed.

This is James' first time encountering the Justice System. He is a young man of both Character and Integrity, overcoming adversity and working his way through LaSalle University in Philadelphia, with a Degree in Business.  Today he owns and operates his own business.

While the events of January 6th 2021 unfortunately escalated by some trouble making individuals, James was clearly not one of them.  That would explain the basis for his charges being amended to misdemeanors and before Your Honor.

I would respectfully submit that a probationary term would be appropriate under these circumstances, in lieu of any consideration of incarceration.  James' attendance at this rally was nothing more than a curious young man filming a historical event, in exercise of his First Amendments Right.  His entry into the Capital was greeted peacefully by Capital Police distributing water bottles, holding the door for them.  He did not stay long, committed no acts of violence or malice, returned home to New Jersey to prepare for a pre planned snowboard trip to Vermont.

The severity of his entering the Capitol did not resonate until his mother informed him what had happened at their home in Atlantic City on or about February 5th 2021.

At 1130hrs on or about 5th of February, James' mother contacted me sobbing.  The FBI had conducted a "No Knock" Warrant / Raid at her home 0430. Bashing in her front door, ripping her and her young sons out of bed, in handcuffs, and having them sit on the curb in the snow and freezing rain for an hour while they searched the house.  His mother Kelly in nothing more than a T-Shirt, while the media & news stations filmed the entire event.

After his mothers' phone call informing him of the warrant, he returned home and surrendered himself to authorities. Since that time he and his family have been labeled and stigmatized by many in the community.  Frankly, I believe James and his family have suffered enough.

Thank you in advance for your time and consideration.  Please feel free to contact me directly with any questions or concerns.

Respectfully Submitted

*Tom Forkin*

Thomas Forkin, JD


Cc: Heather Shaner, Esq.
hhsesq@aol.com