UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     21-CR 585 (CRC)

JAMES D. RAHM III

CONSENT MOTION TO PERMIT TRAVEL TO WASHINGTON D.C.
FOR THE PURPOSE OF EMPLOYMENT

James D. Rahm III, through counsel, and with the Consent of the Government, now moves this Honorable Court to Amend his Conditions of Release and Permit him to travel to Washington, D.C. for employment. In support of this request the defendant states as follows:

1. On May 27, 2021 Magistrate Meriweather set conditions of release for Mr. Rahm, including a condition to Stay Away from Washington, D.C. [doc. 10];

2. According to Pre Trial Services Mr. Rahm has complied with all conditions of release since that date;

3. On January 25, 2024 this Honorable Court entered Judgment for the defendant and Ordered the defendant to report to the Bureau of Prisons upon designation and Notice from the Office of U.S. Probation;

4. At this time he is awaiting designation;

5.      The defendant has prospective employment in Washington, D.C. on March 30, 2024 and March 31, 2024.  He therefore requests a removal of the stay away condition 7(f),  to permit him to travel to Washington, D.C. for employment on March 30 and 31, 2024;

6.      AUSA Douglas Collyer has been consulted.  He Consents to this request.

**WHEREFORE,** James Rahm III, requests this Honorable Court Issue an Order to PreTrial Services and Grant this Consent Request.

Respectfully Submitted,

_____/s/_____
H. Heather Shaner, Esq.  #273276
Appointed by the Court for James Rahm
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210.  hhsesq@aol.com